UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Brett Phillip Corwin, | File No. 19-cv-0950 (ECT/SER) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| R. Marques, Warden, | |
| Respondent. | |

---

Petitioner Brett Phillip Corwin commenced this action pro se by filing a petition for a writ of habeas corpus. Pet. [ECF No. 1]. The case is before the Court on a Report and Recommendation [ECF No. 6] issued by Magistrate Judge Steven E. Rau. Magistrate Judge Rau recommends dismissing Corwin's petition because the statutory provision under which Corwin seeks relief has not yet taken effect. R&R at 2–4. Corwin filed objections to the Report and Recommendation. ECF No. 7. In response to Corwin's objections, Respondent filed a very short pleading confirming Respondent's view that the Report and Recommendation "should be adopted in its entirety." ECF No. 8 at 3. Because Corwin has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Rau's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED** that:

1. The Objections to the Report and Recommendation are **OVERRULED** [ECF Nos. 7];

2. The Report and Recommendation [ECF No. 6] is **ACCEPTED** in full;

3. The action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 27, 2019
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court